JAMES BRANIGAN, appellant, *v.* WALTER S. GURNEE *et al.* appellees.

*Error to Cook.*

THIS case was argued in connection with the preceding, depended upon the same facts, and the same questions of law arose as in the former case.

*J. B. Thomas, B. S. Morris & J. J. Brown,* for the appellant.

*A. T. Bledsoe, J. A. McDougall & E. Peck,* for the appellees.

The Opinion of the Court was delivered by

TREAT, J.   The questions arising on this record are pre-cisely like those presented in the case of *Branigan* v. *Rose & Rattle,* and consequently the same judgment must be entered.

*Judgment affirmed.*